UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT K. BARBIC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R. CHIRINOS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01213-FLA (JC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKTS. 39, 51]** |

The court has conducted the review required by 28 U.S.C. § 636 and ACCEPTS the findings, conclusions, and recommendation of the Magistrate Judge reflected in the January 27, 2025 Report and Recommendation of United States Magistrate Judge. Defendants R. Chirinos ("Chirinos"), J. Johnson ("Johnson"), and H. Watson's ("Watson") (collectively, "Defendants") motion for summary judgment (the "Motion") is GRANTED IN PART and DENIED IN PART. Dkt. 39. The court ORDERS as follows:

1. Plaintiff Brett K. Barbic's ("Plaintiff") claim for deliberate indifference against Chirinos and Johnson is DISMISSED to the extent it alleges these Defendants were deliberately indifferent to Plaintiff's serious medical needs by neglecting to decontaminate Plaintiff's body or his cell after detonating pepper spray canisters.
2. The Motion is otherwise DENIED.
3. The action will proceed on (1) Plaintiff's Eighth Amendment failure to protect claim against all Defendants, and (2) Plaintiff's Eighth Amendment excessive force claim against Chirinos and Johnson.

IT IS SO ORDERED.

Dated: March 28, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge